[No. 4022–4–III.   Division Three.   October 8, 1981.]

*In the Matter of the Welfare of* CLARA ROSE
CYSEWSKI, LEESA CYSEWSKI, *Appellant.*

Appeal from a judgment of the Superior Court for
Chelan County, No. J–4301, Peter G. Young, J. Pro Tem.,
entered June 3, 1980. *Affirmed* by unpublished opinion per
Roe, J., concurred in by McInturff, C.J., and Munson, J.

[No. 8958–7–I.   Division One.   October 12, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL
WALKER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–8–00363–3, George H. Revelle, J., entered
May 15, 1980. *Remanded with instructions* by unpublished
per curiam opinion.

[No. 9329–1–I.   Division One.   October 12, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. RICKY
JOE HART, *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 80–1–00104–6, Jack S. Kurtz, J.,
entered September 9, 1980. *Affirmed* by unpublished opin-
ion per Williams, J., concurred in by Swanson and
Andersen, JJ.

[No. 9376–2–I.   Division One.   October 12, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANCIS
L. JEFFERSON, JR., *Appellant.*

Appeal from a judgment of the Superior Court for
Whatcom County, No. 80–1–00077–5, Marshall Forrest, J.,
entered June 26, 1980. *Dismissed* by unpublished opinion
per Swanson, J., concurred in by Williams and Andersen,
JJ.